# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-8466-GW-ASx | Date | January 30, 2023 |
|---|---|---|---|
| Title | *Gill Faskowicz v. Target Corporation* | | |

---

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark D. Ruszecki, by telephone | Jessica Farley |

**PROCEEDINGS:** **PLAINTIFF'S MOTION FOR ORDER REMANDING REMOVED ACTION TO STATE COURT [11]**

The Court's Tentative Ruling on Plaintiff's Motion [11] was issued on January 27, 2023 [21]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES the Motion.

|   | : | 02 |
|---|---|---|
|   | Initials of Preparer | JG |