JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GIL FASKOWICZ, an individual, | Case No. CV 22-8466-GW-ASx |
| Plaintiff, | Hon. George H. Wu |
| v. | |
| TARGET CORPORATION; a corporation; and DOE MANAGER, an individual; and DOE EMPLOYEE, an individual; and DOES 1 to 20, | **JUDGMENT GRANTING DEFENDANT TARGET CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF REORD:**

This matter came for hearing before this Court on December 14, 2023, the Honorable George H. Wu, District Judge Presiding, on a Motion for Summary Judgment by defendant Target Corporation. The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

///

///

1

**[PROPOSED] JUDGMENT GRANTING DEFENDANT TARGET CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

IS IT ORDERED AND ADJUDGED that plaintiff Gil Faskowicz take nothing, that this action be dismissed on the merits with prejudice, and that defendant Target Corporation recover its costs.

Dated: December 18, 2023

_____
HON. GEORGE H. WU,
United States District Judge